■ HYMAN RICHER, Respondent, v. ALEX GERSH, Doing Business as GERSH'S AUTO PARTS, et al., Appellants.— In an action to recover damages for personal injuries, defendants appeal: (1) from so much of an order of the Supreme Court, Kings County, dated January 20, 1960, as denies their cross motion to dismiss the complaint for lack of diligent prosecution; and (2) from the decision of said court on which the order was made. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Appeal from decision dismissed. No appeal lies from a decision. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ MARY L. TRAVERSONE, an Infant, by ANGELO TRAVERSONE, Her Guardian ad Litem, et al., Respondents, v. MACFADDEN SCHOOL FOR CHILDREN, Appellant. — In an action to recover damages for personal injuries, defendant appeals from an order of the Supreme Court, Kings County, dated April 5, 1960, granting plaintiffs' motion: (a) to vacate the dismissal of the action under rule 302 of the Rules of Civil Practice, and (b) to restore the action to the Trial Term Reserve Calendar. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Christ, Pette and Brennan, JJ., concur; Beldock, J., dissents and votes to reverse the order and to deny the motion.

■ JACOB FRIEDMAN, Respondent, v. EASTWOOD STOCK FARMS, INC., et al., Appellants.— Motion by appellants to extend time to perfect appeal, granted. Appellants' time is extended to the March Term, commencing February 27, 1961; appeal ordered on the calendar for said term. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE F. CARROLL, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— Motion by appellant for reconsideration of his motion to dispense with printing on his appeal from an order dismissing a writ of habeas corpus. Motion denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.